## RECONSIDERATION DOCKET

**96-131.   Estates of Morgan v. Fairfield Family Counseling Ctr.**
Fairfield App. No. 94CA11.   Reported at 77 Ohio St.3d 284, 673 N.E.2d 1311.   On motion for reconsideration.   Motion denied.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

On motion of Ohio Council of Community Mental Health and Recovery Organizations for leave to file motion for reconsideration.   Motion denied.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**96-2839.   State v. Towns.**
Franklin App. No. 95APA11-1496.   Reported at 77 Ohio St.3d 1546, 674 N.E.2d 1185.   On motion for reconsideration.   Motion denied.

RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., dissent.